B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MMJ Properties, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **45-2886743** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**4370 West Touhy Avenue**<br>**Lincolnwood, Illinois**<br>ZIP CODE **60712** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**COOK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**3303 - 3321 West 45th Street, Highland , IN**    ZIP CODE **46322** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other **Commercial Real Estate** | ☐ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9              Recognition of a Foreign<br>☒ Chapter 11           Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for<br>☐ Chapter 13           Recognition of a Foreign<br>                                 Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer       ☒ Debts are<br>   debts, defined in 11 U.S.C.                   primarily<br>   § 101(8) as "incurred by an                  business debts.<br>   individual primarily for a<br>   personal, family, or<br>   household purpose." |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1) (04/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **MMJ Properties, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **MMJ Properties, LLC** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **/s/Karen J. Porter**<br>Signature of Attorney for Debtor(s)<br>**Karen J. Porter**<br>Printed Name of Attorney for Debtor(s)<br>**Porter Law Network**<br>Firm Name<br>**Suite 240, 230 West Monroe Street**<br>**Chicago, Illinois 60606**<br>Address<br>**(312) 372-4400**<br>Telephone Number<br>**March 28, 2014**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Majed G. Murad**<br>Signature of Authorized Individual<br>**Majed G. Murad**<br>Printed Name of Authorized Individual<br>**Manager**<br>Title of Authorized Individual<br>**March 28, 2014**<br>Date | |

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
Eastern Division

In re:

MMJ Properties, LLC,

Case No. BKY

Debtor(s)

Chapter 11 Case

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Majed G. Murad, declare under penalty of perjury that I am the Manager of MMJ Properties, LLC, a Illinois corporation and that on March 28, 2014 the following resolution was duly adopted by the Manager of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Majed G. Murad, Manager of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Majed G. Murad, Manager of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Majed G. Murad, Manager of this corporation, is authorized and directed to employ Karen J. Porter, attorney and the law firm of Porter Law Network to represent the corporation in such bankruptcy case."

| Executed on: March 28, 2014 | Signed: Majed G. Murad |
|---|---|
|  | Majed G. Murad 4370 West Touhy Avenue, Lincolnwood, IL  60712 (*Name and Address of Subscriber*) |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                    )  Chapter 11
                                          )
MMJ Properties, LLC.                      )  Case No.
                                          )
Debtor.                                   )  Judge

## LIST OF CREDITORS

National Republic Bank of Chicago
c/o Sandra A. Franco
Smith Amundsen, LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601

National Republic Bank of Chicago
c/o Steven J. Bradford
127 West Berry Street
Suite 1100
Fort Wayne, IN 46802

The National Republic Bank of Chicago
1201 West Harrison Street
Chicago, IL 60607


Karen J. Porter
Attorney No 6188626
**PORTER LAW NETWORK**
230 West Monroe
Suite 240
Chicago, Illinois 60606
312-372-4400
312-372-4160

B 203
(12/94)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re

**MMJ Properties, LLC**

Case No. _____

**Debtor**

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................... $ **6,213.00**

   Prior to the filing of this statement I have received .............................. $ **2,220.00**

   Balance Due ........................................................... $ **3,993.00**

2. The source of the compensation paid to me was:

   ☐ Debtor      ☒ Other (specify) **MC Auto Accessories, Inc.   Samir Fakhouri**

3. The source of compensation to be paid to me is:

   ☐ Debtor      ☒ Other (specify) **Debtor and MC Auto Accessories**

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]

**The filing fee of 1213.00 has been paid. The final compensation will be the amount awarded by the court after the presentation of fee applications**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

**March 29, 2014**                                      /s/Karen J. Porter
_Date_                                                  Karen J. Porter
                                                        _Signature of Attorney_

                                                        Porter Law Network
                                                        _Name of law firm_

**PORTER LAW NETWORK**
**230 WEST MONROE, SUITE 240**
**CHICAGO, IL 60606**
**312- 372-4400**

## AGREEMENT TO PROVIDE LEGAL SERVICES

March 28, 2014

Mr. Majed G. Murad
MMJ Properties, LLC.
4370 West Touhy Avenue
Lincolnwood, IL 60712

    Re:   Chapter 11 Case: MMJ Properties, LLC.

    On behalf of our firm I want to thank you, as Manager of MMJ Properties, LLC, for selecting us to represent MMJ Properties, LLC. in connection with a Chapter 11 case for the real property it owns located at 3315 45th Street, Highland Indiana 46322. MMJ Properties, LLC also owns several other properties in Illinois that have been the subject of completed foreclosure sales.

    Lawyers are required, under the Rules of Professional Conduct, before beginning the representation of a client to communicate to the client the scope of the representation, the basis for the legal fees and the rates that will charged to the client.

## SCOPE OF LEGAL SERVICES

    We agree to perform legal services in connection with a Chapter 11 bankruptcy case for MMJ Properties, LLC.. The representation will include the legal services necessary to file the Chapter 11 case; attend the court proceedings and complete the Chapter 11 case by selling the property, confirming a plan of reorganization, converting the Chapter 11 case to a Chapter 7 case or dismissing the Chapter 11 case.

    This agreement is limited to the Chapter 11 bankruptcy proceedings of MMJ Properties, LLC.. The execution of this agreement does not obligate us to represent any individual or entity other than MMJ Properties, LLC in connection with any matter other than this Chapter 11 proceeding or to represent MMJ Properties, LLC in the event the Chapter 11 proceeding is converted to a Chapter 7 liquidation.

Page 1 of 5

We have advised you that we cannot represent the principals of MMJ Properties, LLC. or any individual that has guaranteed, or is liable for, the debts of MMJ Properties, LLC.. Mr. Majed G. Murad, or any other individual, will not be protected by the automatic stay, and will be required to hire a separate attorney to provide representation of his interests, including in any against the actions of the creditors of MMJ Properties, LLC. against him.

## ATTORNEY'S FEES AND COSTS

We will charge MMJ Properties, LLC.the following hourly rates for the legal services provided by the attorneys and staff that will be performing the legal services:$425.00 per hour for the services of Karen J. Porter;  $300.00 to $200.00 per hour for the services of any associated attorneys and $125.00 for the services of our legal assistants.

We will charge MMJ Properties, LLC. for the expenses that are required for a Chapter 11 case. Such expenses will include, but are not limited to: (1) court filing fees; (2) the actual cost of photocopies; (3) messenger deliveries; (4) actual cost of postage for notices to creditors; (5) actual cost of court reporters and transcripts; and (6) computerized case docketing and legal research. We reserve the right to charge MMJ Properties, LLC for any other reasonable and necessary expense that we incur in connection with the MMJ Properties, LLC Chapter 11 case.

We request an advance payment retainer in the amount of $5,000.00 and the filing fee in the amount of $1213.00 in order for file the Chapter 11 case. The advance retainer in the amount of $5,000.00 that we are requesting is not an indication of the total legal fee for this chapter 11 case. MMJ Properties, LLC. agrees to pay for all the legal fees and expenses we incur to represent MMJ Properties, LLC. in connection with this Chapter 11 case. You have requested to pay, and we have agreed to accept, the advance retainer in installments. However, the advance payment retainer in the amount of $5,000.00 must be paid within (45) days after the chapter 11 case is filed.

We consider the retainer an advance payment retainer under Illinois because we are committing to provide legal services for the duration of the Chapter 11 case rather than on a month to month basis. We will deposit the retainer into our operating account. The retainer becomes our property when we receive the retainer. You have the right to request that the retainer be treated as a security retainer and placed into our client trust account. We reserve the right to change the terms of our representation if you request a security retainer.

Page 2 of 5

We will bill MMJ Properties, LLC. periodically for the legal services we perform and the expenses we incur at the hourly rates listed above. If the total cost of the legal services we perform and the expenses we incur are more than the advance retainer that we have been paid, MMJ Properties, LLC. will be obligated to pay the balance due within fifteen days. We further reserve the right request that you pay an additional advance retainer in order for us to continue to perform legal services for MMJ Properties, LLC.

After we have completed the Chapter 11 case, if the total cost of the legal services we performed and the expenses we incurred are less than we have been paid, we will send you a refund.

## ATTORNEYS RESPONSIBILITIES

Karen J. Porter and the Porter Law Network will perform the following legal services in connection with the MMJ Properties, LLC. Chapter 11 case:

(a) To give MMJ Properties, LLC. legal advice with respect to its powers and duties as a debtor-in-possession in the continued management of its assets;

(b) To prepare such applications, motions, complaints, orders, reports, pleadings, plans, disclosure statements or other papers on MMJ Properties, LLC.'s behalf that may be necessary in connection with this case;

(c) To attend meetings of creditors and meetings with third parties;

(d) To assist MMJ Properties, LLC. in preparing and obtaining the court's approval of a plan of reorganization and disclosure statement in order to preserve the value of its assets;

(e) To take such action as may be necessary with respect to claims that may be asserted against MMJ Properties, LLC.; and

(f) To perform any other legal services for MMJ Properties, LLC which may be required in connection with this case.

## CLIENT RESPONSIBILITIES

You agree to fully cooperate with us with respect to the Chapter 11 case. You agree to provide us with complete and accurate information concerning the financial affairs of MMJ Properties, LLC. You agree to provide us with a complete and accurate list of all creditors, personal property, income and all the other information required by the United States Bankruptcy Court and any trustee responsible for your case.

Page 3 of 5

While MMJ Properties, LLC. is operating in a Chapter 11 proceeding, there will be many obligations to the office of the United States Trustee and creditors which must be fulfilled. You will have the responsibility to file monthly financial operating reports disclosing the postpetition business operations, pay quarterly fees to the trustee, pay postpetition real estate and other taxes, and maintain adequate insurance coverage,

We have explained to you that the financial restructuring of MMJ Properties, LLC. using Chapter 11 of the Bankruptcy Code will be a difficult legal proceeding. National Republic Bank of Chicago can also object to the filing of the Chapter 11 case and ask that the court dismiss the Chapter 11 case or modify the automatic stay. The financial restructuring of MMJ Properties, LLC. in Chapter 11 will require that the property be valued. Therefore, MMJ Properties, LLC. may be required to obtain an appraisal of the property. The failure to obtain an appraisal will adversely affect the Chapter 11 reorganization.

We will make every effort to guide MMJ Properties, LLC. through the Chapter 11 case. However, we are unable to guarantee you that MMJ Properties, LLC. will be able to develop a viable reorganization plan to restructure its debt, or confirm a reorganization plan. For these reasons, we cannot guarantee that the Chapter 11 reorganization for MMJ Properties, LLC. will be a successful one. We must also advise you that in the event MMJ Properties, LLC. cannot develop a viable reorganization plan to repay its creditors, MMJ Properties, LLC will be faced with a dismissal of the Chapter 11 case or the conversion to a Chapter 7 liquidation.

National Republic Bank of Chicago holds an assignment of rents as part of its mortgage documents. National Republic Bank of Chicago filed a foreclosure case, has appointed a receiver for the property and has the right to control the rental income. In a chapter 11 case, this right is referred to as cash collateral. We must seek the right to regain possession of the property from the receiver. We must obtain the right to use National Republic Bank of Chicago cash collateral by submitting a budget for the operation of the property and the use of the rental income. MMJ Properties, LLC. will be required to follow the budget. In addition you may be required to make adequate protection payments, which are interest payments, to National Republic Bank of Chicago based upon the value of the property and the non-default interest rate under the note. You will also be required to remain current on the payments of all utilities for services rendered after the case is filed.

## TERMINATION OF AGREEMENT

You understand that we will not be able to provide adequate legal representation if you fail to provide us with complete and accurate information for MMJ Properties, LLC; fail to fully cooperate with us; or fail to fulfill your obligations. You further understand that your failure to provide information, to cooperate with us or to fulfill your duties during the Chapter 11 case may increase the cost of the legal services we render, may result in the Chapter 11 case being

Page 4 of 5

dismissed by the court or converted to a Chapter 7 liquidation, or may result in our withdrawing as the attorneys for National Republic Bank of Chicago.

We reserve the right to withdraw as the attorney of record for MMJ Properties, LLC of Chicago and to terminate this agreement (1) if our legal fees and expenses are not paid as set forth in this agreement, (2) if you fail to cooperate with us during the Chapter 11 proceeding,(3) if you fail to comply with any requirement of the United States Trustee (4) if you fail to obey an order of the Bankruptcy Court (5) if the case is converted to a Chapter 7 or (6) if you fail to comply with any other terms of this agreement.

Either party may terminate this agreement with or without cause and at any time upon giving written notice to the other party. The termination of this agreement will not affect the obligation to pay any outstanding legal fees. We agree that if this agreement is terminated we will provide copies of documents in our files to you provided you have paid any outstanding legal fees and expenses, including copy charges for copying the files.

## ENTIRE AGREEMENT

This agreement contains our full and complete understanding with respect to the subject matter hereof. This agreement supersedes all prior representations and understandings whether written or oral. This agreement shall be governed by the laws of the State of Illinois in all respects. This agreement may be executed by facsimile, electronically, and in counterparts.

Very truly yours,

PORTER LAW NETWORK

By: _____
Karen J. Porter

MMJ PROPERTIES, LLC.

By: _____
Majed G. Murad

Page 5 of 5